**FILED**

AUG 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>c/o Mark S. Zaid, Esq.<br>1250 Connecticut Avenue<br>Suite 200<br>Washington, D.C. 20036<br><br>and<br><br>MARK S. ZAID, ESQ.<br>1250 Connecticut Avenue<br>Suite 200<br>Washington, D.C. 20036<br><br>Plaintiffs,<br><br>v.<br><br>DOE AGENCY<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | Case: 1:08-cv-01479<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 8/22/2008<br>Description: Admn. Agency Review |

**EX-PARTE MOTION FOR LEAVE TO FILE COMPLAINT USING "JANE DOE" AND COUNSEL'S ADDRESS IN VIOLATION OF LCvR 5.1 (e)**

NOW COMES plaintiff Jane Doe, by and through her undersigned counsel, to hereby respectfully seek leave of this Court to file her Complaint against the defendants as "Jane Doe", as well as use her counsel's address, in violation of LCvR 5.1(e) in order to comply with a court order of the U.S. District Court for the ▮▮▮▮▮▮▮▮▮▮ and due to classification concerns.

As grounds therefor, the plaintiffs rely on the contemporaneously submitted declaration of Mark S. Zaid, Esq. A proposed Order also accompanies this Motion.

Dated: August 25, 2008

1

Respectfully submitted,

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar # 975905
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
mark@markzaid.com
brad@markzaid.com

Attorneys for Plaintiff

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE<br>c/o Mark S. Zaid, Esq.<br>1250 Connecticut Avenue<br>Suite 200<br>Washington, D.C. 20036<br><br>and<br><br>MARK S. ZAID, ESQ.<br>1250 Connecticut Avenue<br>Suite 200<br>Washington, D.C. 20036<br><br>    Plaintiffs,<br><br>v.<br><br>DOE AGENCY<br><br>and<br><br>UNITED STATES OF AMERICA<br><br>    Defendants. | Civil Action No: 08-_____ |

## DECLARATION OF MARK S. ZAID, ESQ.

The undersigned hereby declares as follows:

    1.  I am a person over eighteen (18) years of age and competent to testify. I make this Declaration on personal knowledge. This Declaration is submitted in support of the plaintiffs' Motion to Leave to File Complaint as "Jane Doe" and Use Counsel's Address in Violation of LCvR 5.1 (e).

    2.  I am an attorney for plaintiff Jane Doe in this matter. I am admitted to practice law in the States of New York, Connecticut, Maryland and the District of Columbia, as well as the D.C. Circuit, Second Circuit and Fourth Circuit Court of Appeals, and the United States District Courts for the District of Columbia, Maryland, Eastern District of New

08 1479
**FILED**

AUG 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

York, Northern District of New York and the Southern District of New York. I have been litigating cases involving the federal government, particularly with respect to access to information, for nearly two decades; essentially my entire professional legal career. I routinely prosecute lawsuits asserting challenges under the Freedom of Information Act, 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, and actively represent individuals associated with or within the intelligence, law enforcement or military communities. Since 1998, I have also served as the Executive Director of The James Madison Project (www.jamesmadisonproject.org), which seeks to educate the public on secrecy and national security issues.

3. This case arises as a peripheral matter to one that originated in ▮▮▮ within the U.S. District Court for the ▮▮▮▮▮▮▮▮▮▮▮ That case, which was dismissed in ▮▮▮ based on the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is on appeal to the U.S. Court of Appeals for the ▮▮▮▮▮▮▮ I am counsel to the plaintiff in this appeal. Both of these proceedings currently remain under seal by Orders of the respective Courts.

4. Jane Doe's spouse was formerly employed by Doe Agency. It is alleged by the defendants that certain facts relating to the original lawsuit, and ostensibly this one, are classified. One of the primary concerns, as it has been made known to me by the defendants, is to ensure the identity of Jane Doe is not revealed. Indeed, the undersigned has executed a secrecy/non-disclosure agreement in order to serve as counsel in these lawsuits.

5. In order to ensure compliance with the existing orders of the U.S. District Court for the ▮▮▮▮▮▮▮▮▮▮▮ and the U.S. Court of Appeals for the ▮▮▮▮▮▮▮ as well as the classification concerns expressed by the defendants, it is necessary to file, at least initially, the Complaint using "Jane Doe" as a pseudonym.

6. The defendants, of course, are well aware of plaintiff "Jane Doe's" identity and this request will not impose upon it any prejudice whatsoever. Additionally, of course, the

2

_____
Mark S. Zaid, Esq.
Attorney for Plaintiff Jane Doe

true identity of the plaintiff, and/or further information can be made available to the Court upon request.

7. Finally, I frequently submit such requests in actions where the plaintiff is a former/current employee from the Intelligence or Military Communities, or has some connection thereto, or classified information may be involved and it is routinely granted.

8. For substantially the same reasons as outlined above, the undersigned's address should be substituted for plaintiff Jane Doe's home address, as otherwise required by LCvR 5.1 (e).

I do solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge.

Date:   August 25, 2008

                    Mark S. Zaid, Esq.
                    Attorney for Plaintiff Jane Doe