**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG 2 2 2008

Clerk, U.S. District and
Bankruptcy Courts

JANE DOE                                  *
c/o Mark S. Zaid, Esq.                    *
1250 Connecticut Avenue                   *
Suite 200                                 *
Washington, D.C. 20036                    *
                                          *
      and                                 *
                                          *
MARK S. ZAID, ESQ.                        *
1250 Connecticut Avenue                   *   Civil Action No: 08-_____
Suite 200                                 *
Washington, D.C. 20036                    *
                                          *                08 1479
      Plaintiffs,                         *
                                          *
      v.                                  *
                                          *
DOE AGENCY                                *
                                          *
      and                                 *
                                          *
UNITED STATES OF AMERICA                  *
                                          *
      Defendants.                         *
*     *     *     *     *     *     *     *     *     *     *

## ORDER

Upon consideration of Plaintiffs' Ex-Parte Motion for Leave to File Complaint Using "Jane Doe" and Counsel's Address in Violation of LCvR 5.1(e), and the entire record herein, it is this 22nd day of August 2008, hereby

ORDERED, that plaintiffs' Motion is *temporarily* granted; and further

ORDERED, that plaintiffs' Complaint is hereby accepted and deemed filed, and plaintiff "Jane Doe" may proceed as "Jane Doe", as well as use her counsel's address, in all proceedings connected to this action until such time as this Court Orders, or the parties stipulate otherwise.

\* *Pending de novo review by the assigned judge, either sua sponte or upon application by a party.*

The unclassified redacted version approved by the Court Security Officer shall be filed on the public record.

_____  8/22/08
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE