REDACTED

FILED

AUG 2 2 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE
c/o Mark S. Zaid, Esq.
1250 Connecticut Avenue
Suite 200
Washington, D.C. 20036

and

MARK S. ZAID, ESQ.
1250 Connecticut Avenue
Suite 200
Washington, D.C. 20036

Plaintiffs,

v.

DOE AGENCY

and

UNITED STATES OF AMERICA

Defendants.

Case: 1:08-cv-01479
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/22/2008
Description: Admn. Agency Review

## COMPLAINT

Plaintiffs Jane Doe and Mark S. Zaid, Esq. bring this action against defendants Doe Agency and United States of America (collectively "Government") for injunctive and declaratory relief pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201, the Administrative Procedure Act, 5 U.S.C. § 701 et seq., the All Writs Act, 28 U.S.C. § 1651, and the First Amendment to the Constitution of the United States.

The Government, as part of a continuing pattern of practice and policy, has unlawfully imposed a prior restraint upon the plaintiffs by intentionally delaying the classification review of and/or misclassifying certain documents in order to prevent

3

public embarrassment and accountability, as well as obstructing and infringing on their right to possess and disseminate specific unclassified information that has improperly been designated as classified.

## JURISDICTION

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 702, 28 U.S.C. § 1331 and the U.S. Consutution.

## VENUE

2. Venue is appropriate in the District under 5 U.S.C. § 703 and 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff Jane Doe is a citizen and resident of the United States whose spouse was formerly employed by Doe Agency. At no time did she hold a security clearance or execute a secrecy or non-disclosure agreement.

4. Plaintiff Mark S. Zaid is an attorney for Jane Doe. He maintains his principal place of business in the District of Columbia and drafted at least one of the documents in question within that venue. Mr. Zaid has executed a secrecy/non-disclosure agreement with defendant Doe Agency and his writings are subject to prepublication classification review.

5. Defendant Doe Agency is an agency as defined by 5 U.S.C. § 701. Its actions have intentionally prevented the plaintiffs from obtaining copies and disseminating certain unclassified written materials.

6. Defendant United States of America has supervisory authority over Doe Agency.

## FACTS

7. In or about [redacted] Jane Doe initiated a lawsuit against the Government that was litigated before the U.S. District Court for the [redacted] "District Court". That case was dismissed in [redacted] based on the [redacted] and is currently on appeal before the U.S. Court of Appeals for the [redacted] Both the proceedings before the District Court and Court of Appeals are currently held under seal and the Government claims many of the filings contain classified information.

8. As part of his legal representation of Jane Doe's interests, Mr. Zaid requested on multiple occasions for the Government to properly conduct a classification review of the District Court filings. To date many of the filings, which were not classified at the time of submission to the District Court, are now purported to be classified by the Government. The defendant Doe Agency, however, has not properly followed any procedure for reclassifying information.

9. In May 2008, Mr. Zaid, pursuant to Executive Order 13,292, filed a complaint with the Information Security Oversight Office of the National Archives & Records Administration to challenge the Government's classification determinations with respect to the District Court filings. The complaint remains actively under investigation.

10. In June 2008, Mr. Zaid authored a brief in Jane Doe's appeal to be filed before the U.S. Court of Appeals for the [redacted] The document was drafted within the District of Columbia and submitted to the Government for classification review on or about June 30, 2008. The document was deliberately drafted to be unclassified and, upon information and belief, does not contain classified information.

11. Despite repeated requests, the Government has purposefully failed to timely complete the classification review of the document authored by Mr. Zaid and provide him with a copy.

12. The Government, and in particular defendant Doe Agency, has a history of an intentional pattern and practice of abusing the classification system in order to prevent or minimize embarrassment and accountability, particularly when the matter at issue is in litigation.

**FIRST CAUSE OF ACTION**
**(ADMINISTRATIVE PROCEDURE ACT –**
**CHALLENGE TO AGENCY UNREASONABLE DELAY)**

13. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 12 above, inclusive.

14. During June 2008, Mr. Zaid personally drafted a brief on behalf of Jane Doe to be filed against the Government before the U.S. Court of Appeals for the [redacted] The brief was drafted within the District of Columbia.

15. On or about June 30, 2008, the plaintiffs submitted a final copy of their brief to the Government for classification review and filing with the Court. The document was deliberately drafted to be unclassified and, upon information and belief, does not contain classified information.

16. Despite repeated requests the Government has intentionally failed to complete its classification review of the document and refuses to provide the plaintiffs with a copy. The failure of the Government to provide the plaintiffs with a copy of this document is interfering with Jane Doe's ability to pursue her legal rights and Mr. Zaid's ability to represent her interests.

17. Furthermore, despite repeated requests the Government has failed to complete their classification re-review of documents previously filed with the U.S. District Court for the [REDACTED] The failure of the Government to provide the plaintiffs with copies of unclassified versions of these documents is interfering with the plaintiffs' ability to pursue their legal rights. These documents are located within the District of Columbia.

18. As the Government has unlawfully withheld or unreasonably delayed its actions, especially in light of the First Amendment sensitivities, the Court can compel agency action and order the release of the documents in question.

19. Because the Government has impermissibly delayed its actions it has violated the plaintiffs' First Amendment rights. Thus, the plaintiffs have suffered or may suffer actual adverse and harmful effects.

**SECOND CAUSE OF ACTION**
**(FIRST AMENDMENT - RIGHT TO PUBLISH - RECLASSIFICATION CHALLENGE)**

20. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 12 above, inclusive.

21. The majority of the documents filed by plaintiff Jane Doe during [REDACTED] before the U.S. District Court for the [REDACTED] were contemporaneously reviewed by the Government and determined to be unclassified.

22. During the appellate process, and following Mr. Zaid's entry as counsel into the litigation, the Government re-reviewed the documents filed with the U.S. District Court and determined that some contained classified information.

23. Upon information and belief, the Government, particularly through Doe Agency, failed to abide by lawful requirements that it notify the Information Security Oversight Office when it reclassifies previously approved information.

24. The Government lacks lawful authority to reverse its previously issued decisions made pursuant to the classification review process. All previously approved information remains unclassified and available for dissemination or publication by the plaintiffs, subject to judicial limitations.

25. The Government cannot demonstrate the existence of substantial government interests that would enable it to lawfully prohibit the publication of previously approved information. Their actions have imposed unreasonable restrictions on the plaintiffs' activities that are protected by the First Amendment.

26. The Government's restrictions imposed upon the plaintiffs have been unduly vague and were not narrowly confined to avoid infringement of their First Amendment rights. It has unnecessarily restricted speech that does not serve to protect any substantial government interest.

27. Because the Government has impermissibly infringed upon the plaintiffs' right to possess, and publish when authorized by judicial order, the previously approved information contained within the documents, they have violated plaintiff Doe's First Amendment rights. Thus, plaintiff Doe has suffered or may suffer actual adverse and harmful effects.

**THIRD CAUSE OF ACTION**
**(FIRST AMENDMENT - RIGHT TO PUBLISH - CLASSIFICATION CHALLENGE)**

28. Plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 12 above, inclusive.

29. Plaintiffs properly submitted to the Government a copy of their brief to the U.S. Court of Appeals for the [redacted] for classification review.

30. The information within the document, which was drafted by Mr. Zaid, is unclassified.

31. To the extent the Government claims any information therein is classified, it has failed to show that the plaintiffs' First Amendment right to possess and/or publish is outweighed by the Government's interest in efficiently carrying out its mission by minimizing harms that are real, not merely conjecture.

32. The Government has failed to demonstrate the existence of substantial government interests that would enable it to prohibit the publication, subject to judicial order, of the information within the plaintiffs' appellate brief.

33. Because the Government has impermissibly infringed upon the plaintiffs right to publish the information contained within their brief, it has violated the plaintiffs' First Amendment rights. Thus, the plaintiffs have suffered or may suffer actual adverse and harmful effects.

**FOURTH CAUSE OF ACTION**
**(ADMINISTRATIVE PROCEDURE ACT – FAILURE TO FOLLOW REGULATIONS)**

34. The plaintiffs repeat and reallege the allegations contained in paragraphs 1 through 12 above, inclusive.

35. The plaintiffs properly submitted for prepublication/classification review, pursuant to Mr. Zaid's secrecy agreement, a copy of a brief to be filed before the U.S. Court of Appeals for the [redacted]

36. The Government has intentionally delayed processing and completing its prepublication/classification review of the document in violation of its Doe Agency's regulations, practices and policies.

37. The plaintiffs will be filing additional documents for prepublication/classification review with the Government, both as part of this litigation and for Mr. Zaid in other lawsuits, and the Government, particularly the Doe Agency, will, based on an established pattern and practice, fail to timely respond. Moreover, the Government, and particularly the Doe Agency, will claim certain unclassified information is classified when it is not and will furthermore not permit, contrary to regulations, any attempt by the plaintiffs to challenge the classification decisions.

38. The Government, and particularly the Doe Agency, its officers and employees, committed and undertook actions that was arbitrary, capricious and/or an abuse of discretion pertaining to the plaintiffs including, but not limited to, unreasonably delaying completion of the classification process and unreasonably affirming classification decisions. These acts are unwarranted by the facts, unsupported by substantial evidence, in violation of internal regulations and federal statutes, contrary to constitutional right, power, privilege, or immunity, or in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, thereby causing the plaintiffs to suffer legal wrongs under the Administrative Procedure Act. As a result, the plaintiffs have suffered adverse and harmful effects.

WHEREFORE, plaintiffs respectfully request that the Court award them the following relief:

(1) Order the Government to formally authorize the release of the plaintiffs' brief that was submitted to the U.S. Court of Appeals for the [redacted]

(2) Order the Government to formally authorize the release of all unclassified information that comprise part of plaintiff's filings before the U.S. District Court for the [redacted]

(3) Declare that the relevant documents do not contain classified information and that the plaintiffs possess a First Amendment right to publish the contents in their entirety;

(4) Declare that the Government violated the Administrative Procedure Act by unreasonably delaying the classification decisions.

(5) Order the Government, and particularly the Doe Agency, to abide by a specific time frame, as established by the Court, for the completion of all future classification reviews.

(6) Declare that the Doe Agency violated the Administrative Procedure Act and its internal regulations governing prepublication/classification review;

(7) Award costs of the action and reasonable attorney fees under the Equal Access to Justice Act or any other applicable law;

(8) grant such other relief as the Court may deem just and proper.

Date: August 25, 2008

Respectfully submitted,

Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar # 975905
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
mark@markzaid.com
brad@markzaid.com

Attorney for Plaintiffs

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

Respectfully submitted,

[illegible]

[illegible]

[illegible]

[illegible]

[illegible], Esq.
Attorney for Plaintiff Jane Doe

08-1479
ESH

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Jane Doe
Mark S. Zaid, Esq.

11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 11001
**(EXCEPT IN U.S. PLAINTIFF CASES)**

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, DC 20036

**DEFENDANTS**

Doe Agency
United States of America

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01479
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/22/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U S Government Not a Party)
- ◉ 2 U S Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES

(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*

- ☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ◉ C. *Administrative Agency Review*

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| O G. *Habeas Corpus/ 2255* | O H. *Employment Discrimination* | O I. *FOIA/PRIVACY ACT* | O J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O K. *Labor/ERISA (non-employment)* | O L. *Other Civil Rights (non-employment)* | O M. *Contract* | O N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding O 2 Removed from State Court O 3 Remanded from Appellate Court O 4 Reinstated or Reopened O 5 Transferred from another district (specify) O 6 Multi district Litigation O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Action under 5 U.S.C. 701 to compel declassification of documents and challenge unreasonable delays in classification review process

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** ______ Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☒

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☐ NO ☒ If yes, please complete related case form.

**DATE** 08/~~20~~ 22/08 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet These tips coincide with the Roman Numerals on the Cover Sheet.

**I.** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States

**III.** CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

**IV.** CASE ASSIGNMENT AND NATURE OF SUIT. The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.** CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.** RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.