AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JANE DOE et al.

        Plaintiff(s)    )   **APPEARANCE**

DOE AGENCY et al.  vs.    )   CASE NUMBER  **08-1479**

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Bradley P. Moss** as counsel in this
(Attorney's Name)

case for: **Jane Doe**
(Name of party or parties)

**09/02/2008**
Date

*[Signature: Bradley P. Moss]*
Signature

**975905**
BAR IDENTIFICATION

**Bradley P. Moss**
Print Name

**1250 Connecticut Avenue, NW, Ste.**
Address

**Washington  DC    20036**
City    State    Zip Code

**(202) 907-7945**
Phone Number